# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134619(98)(99)

CITY OF MADISON HEIGHTS and
MICHIGAN MUNICIPAL RISK
MANAGEMENT AUTHORITY, as
subrogee of CITY OF MADISON
HEIGHTS,
        Plaintiffs-Appellants,

v

                                    SC: 134619
                                    COA: 266333

ELGIN SWEEPER COMPANY,
FEDERAL SIGNAL CORPORATION,
and BELL EQUIPMENT COMPANY,
           Defendants-Appellees.
                                  Oakland CC: 2004-055598-CZ

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The motion for reconsideration of this Court's December 27, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008 _____

d0211                                        Clerk